**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST MODIFIED PLAN

CASE NO.: **11-37183-LMI**

DEBTOR: Jorge Aristides Diaz  CO-DEBTOR: Sandra Pineda
Last Four Digits of SS# xxx-xx-4511  Last Four Digits of SS# xxx-xx-1981

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A. $ 1,903.62  for months  1  to  13 ;

  B. $ 1,975.36  for months  14 to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee $ 3,650.00
      TOTAL PAID $ 2,500.00
      Balance Due $ 1,150.00  payable $ 88.46  month (Months  1  to  13)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Citi Mortgage  Arrearage on Petition Date $ 7,405.68
Address P.O. Box 689196  Arrears Payment $ 125.49  /month (Months  1  to  13 )
  Des Moines, IA 50368  Arrears Payment $ 122.86  /month (Months 14 to  60 )
  Acct No. 07712100572  Regular Payment $ 1,463.42  /month (Months  1  to  13 )
     Regular Payment $ 1,523.57  /month (Months 14  to  60 )

2. NONE  Arrears Payment $
   Arrears Payment $_____/month (Months ___ to ___)
   Regular Payment $_____/month (Months ___ to ___)
   Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| n/a |  | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a  Total Due $_____
   Payable $_____/month (Months ___ to ___)

Unsecured Creditors: Pay $ 131.39  month (Months  14  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Nicolas Financial, Inc (Loan#xxxx4338) and Fifth Third Bank (Loan No. xxx9605) directly outside the plan. This modified plan begins in November, 2012.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for Debtor
Date: 11/12/12